Case 4:22-cv-00304-O Document 1 Filed 04/13/22 Page 1 of 10 PageID 1

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 13 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Fort Worth__ DIVISION

__Joseph LEE GREGORY 0440167__
Plaintiff's Name and ID Number

__Tarrant County Correction Center__
Place of Confinement

**4-22CV-304-O**

CASE NO._____
(Clerk will assign the number)

v.

__Billy Waybourn, Sheriff__    200 Taylor St 7th Floor Fort Worth TX 76196
Defendant's Name and Address

__Tarrant County Sheriff's Dept__    200 Taylor St 7th Floor Fort Worth, TX 76196
Defendant's Name and Address

__Tim Curry Criminal Justice Center__    401 West Belknap St 4th Floor Fort Worth, TX 76196
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: 12/16/2021  I had to send letter to criminal court of appeals. They sent me letter I have attached. Until I sent letter I didn't know my case was dismissed.

   2. Parties to previous lawsuit:
      Plaintiff(s) Joseph Lee Gregory
      Defendant(s) Billy Wayborn

   3. Court: (If federal, name the district; if state, name the county.) Tarrant

   4. Cause number: WR-93,378-01 (-2 13-W012064-1673103-A

   5. Name of judge to whom case was assigned: Sharon Keller

   6. Disposition: (Was the case dismissed, appealed, still pending?) dismissed, Appealed, denied

   7. Approximate date of disposition: 1/26/2022, 3/14/2022

2

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Correction Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Joseph LBE Gregory
100 North Lamer Street
Fort Worth, TX 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Billy Waybourn, Sheriff, Tarrant County   200 Taylor St 7th Floor Fort Worth 76196
Lack of Jurisdiction, Illegaly detained from Uniform Criminal Extradition Act
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.


Defendant #2: Tarrant County Sheriff Department
200 Taylor Street 7th Floor Fort Worth, TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Lack of Jurisdiction, Void of Governors warrant Tort Claims False Imprisonment

Defendant #3: Tim Curry Criminal Justice Center
401 West Belknap Street, 4th Floor Fort Worth, TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Tort damages Common Law
Lack of Jurisdiction, Due Process of Law, Constitutional Tort, dignitary tort personal

Defendant #4: GREgory Wayne ABBott, Governor   P.O. Box 12428 Austin, TX 78711
Due Process of Law, didnt Investigate on the Uniform Extradition Act
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
False Imprisonment 1100 Congress Ave. Austin, TX 78701

Defendant #5: Joseph W. Spence, Chief Post Conviction, Tarrant County
401 West Belknap Street, 4th Floor Fort Worth, TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Lack of Jurisdiction, False Imprisonment, Illegaly detained, Tort Claims

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The Extradition document [or Fugitive warrant] on its face is insufficient as matter of law because a illegal Governors warrant was Issued and served to Petitioner. The Governors warrant by Arkansas and Texas are void. I was not given my Constitutional rights, 4th, 5th, 8th, and 14th. The Exclusive way for Tarrant County to obtain Jurisdiction, without Lawfull Jurisdiction, Unlawfully Transported petitioner against my will. Interstate Commerce Act Across State Boundries, Forcibily placing me in Tarrant County, Texas Costody, I'm now being held hostage, (18USC1201) Kidnapping: Federal Criminal Statue, petitioner was denied right in the Explicit provision of Section 10. In The Uniform Criminal Extradition Act (Ar51.13)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Tort Claims - constitutional, dignitary, personal, Intentional, Damages common law False imprisonment $1,000 per day imConfined released with preJudice, and Evaluated back home to Arkansas, Case Dismissed on False Imprisonment, Governors Pardon my Record Cleared of being Arrested.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Joseph Joe Gregory

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
N/A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

4

There was no probable cause to make 4, 4th, 5th, 8th, and 14th Amendment Arrest. I was Arrested in Jackson County, Arkansas in newport Arkansas. On February 3, 2021. I had Governors warrant to be issued on my behalf on False Charges of my warrant. The Judge of Jackson county Arkansas Said Attorney and Extradition trial would take place. I was served Governors warrant on April 29, 2021 which would be 87 days later after my Arrest. I was suppose to be served in a court room with Attorney and Judge present. Instead Sheriff Lucas of Jackson County, Arkansas served me in a office alone no witnesses. I was not told of my Rights to Contest Writ of Habeas Corpus in court room. I was picked up by Extradition officers on May 6, 2021. Tarrant County, Texas shows that I was in their custody on May 7, 2021. That is 93 days later in Tarrant County, Texas Custody. I was not given my 30 days to Appeal Governors warrant. Instead Tarrant County, Texas decided they would rush Extradition so I couldn't Appeal Governors warrant. Both States Governors Warrants are void, which makes my Arrest Illegal. Tarrant County, Texas has no personel Jurisdiction over me. Section 10 of the Uniform Extradition Act (Art 51.13) Not in Tarrant County Jurisdiction. Im a U.S. Hostage in Federal Jurisdiction (section 1983) Due Process of law; 5th Amendment Applying to Federal 14th Applying to State. I'm a resident of Arkansas since 2016 a non resident of Texas. Governor warrant Says I Fled from Texas avoiding prosecution A Fugitive From Justice and Taken refuge in Arkansas. I live in Arkansas not in Tarrant County Texas. I should be Extradited back to Arkansas and released with prejudice for False imprisonment with a state fee of $1,500 per day and federal fee of $4,000 per day of my illegal confinement.

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date warning was issued:_____

Executed on: 4/05/22
        DATE

Joseph L Gregory

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __Fifth__ day of __April__, 20 __22__.
        (Day)           (month)            (year)

Joseph L Gregory

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

ZIP 78701 $ 000.31⁸
02 4W
0000376979 MAR 16 2022

3/14/2022
GREGORY, JOSEPH L    Tr. Ct. No. C-213-W012064-1673103-A    WR-93,378-01
On this day, this Court has denied applicant's MOTION FOR LEAVE TO FILE
WANT OF JURISDICTION.

Deana Williamson, Clerk

JOSEPH L GREGORY
TARRANT COUNTY JAIL - #0440167
100 N LAMAR ST
FORT WORTH, TX 76196



SHARON KELLER
PRESIDING JUDGE

BARBARA P. HERVEY
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
MARY LOU KEEL
SCOTT WALKER
MICHELLE M. SLAUGHTER
JESSE F. MCCLURE, III
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

DEANA WILLIAMSON
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

Monday, March 14, 2022

Joseph L Gregory
Tarrant County Jail - #0440167
100 N Lamar St
Fort Worth, TX 76196

**Re:** Gregory, Joseph L
**CCA No.** WR-93,378-01
**Trial Court Case No.** C-213-W012064-1673103-A

Your letter has been received. Please be advised your application for writ of habeas corpus has been received on 12/16/2021. The status is: **DISMISSED on 1/26/2022**.

*IMPORTANT: PLEASE INFORM THIS COURT OF ALL ADDRESS CHANGES IN WRITING.*

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

Joseph L Gregory #0440167
Tarrant County Correction Center
100 N. Lamar ST
Fort Worth, TX 76196

NORTH TEXAS TX 750
11 APR 2022 PM 1 L



US POSTAGE
ZIP 76196 $ 000.73⁰
0001399895 APR 11 2022

United States District Court
Office of The Clerk
Northern District of Texas
501 West Tenth ST. Room 310
Fort Worth, TX 76102



RECEIVED
APR 13 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-375999

LEGAL
MAIL

TARRANT COUNTY JAIL MAILROOM